UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-mj-2622-TURNOFF

UNITED STATES OF AMERICA,

vs.

EKWOMADU-SAILS, et al.,
          Defendants.
_____/

NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney hereby provides notice of his reassignment as counsel of record for the United States of America in this action. Prior counsel, Assistant United States Attorney Brandy Brentari Galler, is no longer counsel of record.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

          By: s/Aileen Cannon
          Aileen Cannon
          Assistant United States Attorney
          Florida Bar No. 0101484
          Email: aileen.cannon@usdoj.gov
          United States Attorney's Office
          King Federal Justice Building
          99 Northeast 4th Street
          Miami, Florida 33132-2111
          Telephone: (305) 961-9002
          Facsimile: (305) 530-7976

## Certificate of Service

I HEREBY CERTIFY that on the **7th** day of **March, 2014**, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

s/Aileen Cannon
AILEEN CANNON
